IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 1:02CR00118 |
| Andre Simpson | ) | |
| | ) | |

ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on May 10, 2002 for a period of 5 years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 7th day of January 2005 ~~November 2004~~

_____
United States District Judge